# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WASHINGTON INTERNATIONAL INSURANCE COMPANY, <br><br> Defendant. | **8:17CV224** <br><br> **ORDER** |

After conferring with counsel, Plaintiff's motion to continue, (Filing No. 24), is granted, and

IT IS ORDERED:

1) Discovery at this time will be focused on the issues raised in Defendant's pending motion for summary judgment. (Filing No. 20). A case progression schedule, which will permit service of additional discovery, will be entered if the pending dispositive motion is denied.

2) Defendant's objections to Plaintiff's written discovery shall be served on or before November 3, 2017. Any objections shall be immediately discussed by the parties and if the issues cannot be resolved, counsel shall promptly contact my chambers to set a telephonic hearing for a ruling on the discovery disputes.

3) Defendant's responses to Plaintiff's written discovery shall be promptly served, and no later than November 13, 2017.

4) Plaintiff's response to Defendant's summary judgment motion shall be filed on or before December 12, 2017, with any reply filed seven days thereafter.

5) If this case is not fully resolved on the pending summary judgment motion, within 10 days after that ruling, counsel shall contact my chambers and set a conference to discuss further case progression.

October 24, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge